UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                              CASE NO. 3:12-bk-6572-JAF

MAKO PRODUCTS, INC.,                                Chapter 7

Debtor.
_____/

## ORDER DENYING MOTION FOR ORDER PURSUANT TO BANKRUTPCY RULE 2004 DIRECTING PRODUCTION OF DOCUMENTS

This case came before the Court upon Motion of Creditor for Order Pursuant to Rule 2004 Directing Production of Documents (the "Motion"). On March 25, 2013 the Chapter 7 Trustee filed a Notice of Intent to Sell Property of the Estate at Private Sale. On March 26, 2013 David Grober filed the Motion. On April 15, 2013 Mr. Grober filed a Motion to Prevent the Sale of Evidence and for a Temporary Injunction, which the Court has scheduled for hearing on May 8, 2013.

By way of the Motion, Mr. Grober seeks the entry of an order authorizing the production of documents and authorizing interrogatories. As Mr. Grober's filing of the Motion to Prevent the Sale of Evidence and for a Temporary Injunction initiated a contested matter, Mr. Grober is not entitled to conduct a Rule 2004 Examination. It is

**ORDERED:**

1.   Motion of Creditor for Order Pursuant to Bankruptcy Rule 2004 Directing Production of Documents is denied.

2.   The entry of this Order is without prejudice to Mr. Grober conducting a


deposition, seeking documents, and propounding interrogatories in accordance with the Federal Rules of Civil Procedure.

**DATED** this 17 day of April, 2013 at Jacksonville, Florida.

_____
**JERRY A. FUNK**
United States Bankruptcy Judge