

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/08/2013 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:12-bk-06572-JAF      7 | 10/08/2012 |

Chapter 7

**DEBTOR:** Mako Products, Inc.

**DEBTOR ATTY:** Nina LaFleur

**TRUSTEE:** Gregory Atwater

**HEARING:**

1. Motion to Prevent the Sale of Evidence and for a Temporary Injunction Filed by Edwin P Tarver on the behalf of Creditor David Grober ([Lee, Linda ]) Modified on 4/16/2013 (Lee, Linda). Doc #18
*2. Motion to Continue/Reschedule Hearing On   Motion to Prevent the Sale of Evidence and for a Temporary Injunction Filed by Edwin Tarver on behalf of Creditor David Grober (related document(s)19). (Lee, Linda ) (EOD: 04/30/2013)(25){}

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Motion to Prevent the Sale of Evidence and for a Temporary Injunction Filed by Edwin P Tarver on the behalf of Creditor David Grober ([Lee, Linda ]) Modified on 4/16/2013 (Lee, Linda). Doc #18

DENIED (SALE AUTHORIZED) ORD/BROWN

*2. Motion to Continue/Reschedule Hearing On   Motion to Prevent the Sale of Evidence and for a Temporary Injunction Filed by Edwin Tarver on behalf of Creditor David Grober (related document(s)19). (Lee, Linda ) (EOD: 04/30/2013)(25){}

DENIED ORD/BROWN
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.