UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

MAKO PRODUCTS, INC.,                  )        Case No.: 3-12-bk-06572-JAF
                Debtor.
_____  )

## NOTICE OF ASSIGNMENT OF BID

COMES NOW, JORDAN KLEIN SR., JORDAN KLEIN, JR. and JOHN DUNN, by and through their undersigned attorney, do hereby give notice of the assignment to OCEANIC PRODUCTION EQUIPMENT, LTD, a Bahamian entity, of their successful bid at the auction in this cause conducted by the Court on May 9, 2013.

**LaFLEUR LAW FIRM**

By: /s/ *Nina M. LaFleur*
      Nina M. LaFleur

Florida Bar Number 0107451
Post Office Box 861128
St. Augustine, Florida 32086
nina@lafleurlaw.com
(904) 797-7995
(904) 797-7996 (Facsimile)

Attorneys for the Debtor

## Certificate of Service

I certify that a copy of the foregoing notice was furnished by U.S. Mail to those persons and entities listed on the mailing matrix attached to the original of this document and electronically to the Office of the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801 on this 17th day of May, 2013.

/s/ *Nina M. LaFleur*

Attorney

```
Label Matrix for local noticing      Jacob A. Brown                       David Grober
113A-3                               50 North Laura St., Ste 2500         616 Venice Blvd.
Case 3:12-bk-06572-JAF               Jacksonville, FL 32202-3646          Venice, CA 90291-4801
Middle District of Florida
Jacksonville
Fri May 17 11:38:55 EDT 2013

Mako Products, Inc.                  Edwin Tarver                         AirSeaLand Productions
10197 SE 144th Place                 880 Apollo St                        c/o Anthony Lenzo
Summerfield, FL 34491-3725           Ste 301                              16-69 Steinway Street
                                     El Segundo, Ca 90245-4782            Astoria, NY 11105


Bee Dee Neon & Signs, Inc.           Blue Sky Aerials                     Cine Video Tech
10197 SE 144th Place                 3345 Hidden Hills Court               7330 NE 4th Court
Summerfield, FL 34491-3725           Antioch, CA 94531-6644               Miami, FL 33138-5098


Euler Hermes UMA                     Fern Creek Electronics, Inc.         Florida Dept. of Revenue
Attn:  R. Stiegel                    197 Drennen Road, Suite 415          Bankruptcy Unit
600 S. 7th Street                    Orlando, FL 32806-8504               P.O. Box 6668
Louisville, KY 40203-1968                                                 Tallahassee, FL 32314-6668


Janet Varnell                        Jordan N. Klien, Jr.                 Jordan N. Klien, Sr.
Varnell & Warwick, PA                10197 SE 144th Place                 10197 SE 144th Place
20 LaGrande Blvd.                    Summerfield, FL 34491-3725           Summerfield, FL 34491-3725
Lady Lake, FL 32159-2384


Marion County Tax Collector          Oppenheimer CINE Rental, LLC         Rosenfeld Law Corporation
P.O. Box 970                         7400 Third Avenue South              Mitch Rosenfeld, Esq.
Ocala FL 34478-0970                  Seattle, WA 98108-4143               1638 Filbert Street
                                                                          San Francisco, CA 94123-3706


Spectrum Effects Enterpr. In         SunTrust VISA                        United States Trustee
5300 Melrose Avenue                  P.O. Box 791144                      135 W Central Blvd, Suite 620
Suite 101D                           Baltimore, MD 21279-1144             Orlando, FL 32801-2476
Los Angeles, CA 90038-5115


Varnell & Warwick, P.A.              Voice International, Inc.            Washington International
20 LaGrand Blvd.                     c/o Laurson & Tarver, LLP            c/o Euler Hermes Collections
Lady Lake, FL 32159-2384             880 Apollo St., Suite 301            R Stiegel
                                     El Segundo, CA 90245-4782            3333 Warrenville Rd Ste 160
                                                                          Lisle Il 60532-1579


Gregory L. Atwater +                 Jacob A Brown +                      Nina M LaFleur +
P.O. Box 1865                        Akerman Senterfitt                   PO Box 861128
Orange Park, FL 32067-1865           50 North Laura Street                St. Augustine, FL 32086-1128
                                     Suite 3100
                                     Jacksonville, FL 32202-3659


United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)David Grober                       End of Label Matrix
616 Venice Blvd.                      Mailable recipients    27
Venice, CA 90291-4801                 Bypassed recipients     1
                                      Total                  28
```