UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

MAKO PRODUCTS, INC.,                          Case No.: 3:12-bk-06572-JAF

           Debtor.                             Chapter 7

_____/

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #4-3 OF VOICE INTERNATIONAL, INC.

This cause came before the Court on the Objection (the "Objection") of Gregory L. Atwater, Chapter 7 Trustee, to Claim #4-3 of Voice Internacional, Inc. (Doc. 27). No objections having been timely filed after a notice to creditors pursuant to Middle District of Florida Local Rule 2002-4 on May 1, 2013, it is

ORDERED:

1.     The Objection is sustained.

2.     Claim #4-3 is disallowed in its entirety.

Dated this 4 day of June, 2013 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

{26489076;1}