UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

MAKO PRODUCTS, INC.,

        Debtor.

Case No.: 3:12-bk-06572-JAF

Chapter 7

_____/

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #5-1 OF DAVID GROBER

This cause came before the Court on the Objection (the "Objection") of Gregory L. Atwater, Chapter 7 Trustee, to Claim #5-1 of David Grober (Doc. 28). No objections having been timely filed after a notice to creditors pursuant to Middle District of Florida Local Rule 2002-4 on May 1, 2013, it is

ORDERED:

1.    The Objection is sustained.

2.    Claim #5-1 is disallowed in its entirety.

Dated this 4 day of June, 2013 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

{26489117;1}