**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re: MAKO PRODUCTS, INC.    § Case No. 3:12-06572-JAF
                              §
                              §
Debtor(s)                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GREGORY L. ATWATER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $3,263.35                         Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,407.81          Claims Discharged
                                                    Without Payment: N/A

Total Expenses of Administration: $14,592.19

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $60,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,592.19 | 14,592.19 | 14,592.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 582,822.21 | 17,395,656.49 | 655,656.49 | 5,407.81 |
| **TOTAL DISBURSEMENTS** | $582,822.21 | $17,470,248.68 | $670,248.68 | $20,000.00 |

4) This case was originally filed under Chapter 7 on October 08, 2012. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/22/2014              By:  /s/GREGORY L. ATWATER, TRUSTEE  
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5 VIDEO STABILIZATION DEVICES | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | VOICE INTERNATIONAL, INC. | 4110-000 | N/A | 20,000.00 | 0.00 | 0.00 |
| 4S-2 | VOICE INTERNATIONAL, INC. | 4110-000 | N/A | 20,000.00 | 0.00 | 0.00 |
| 4S-3 | VOICE INTERNATIONAL, INC. | 4110-000 | unknown | 20,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$60,000.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGORY L. ATWATER, TRUSTEE | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| GREGORY L. ATWATER, TRUSTEE | 2200-000 | N/A | 68.67 | 68.67 | 68.67 |
| JACOB A. BROWN | 3210-000 | N/A | 8,750.00 | 8,750.00 | 8,750.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED |
|---|---|---|---|---|---|
| JACOB A. BROWN | 3220-000 | N/A | 200.00 | 200.00 | 200.00 |
| STEVEN M. VANDERWILT | 3410-000 | N/A | 2,498.50 | 2,498.50 | 2,498.50 |
| STEVEN M. VANDERWILT | 3420-000 | N/A | 65.75 | 65.75 | 65.75 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 22.80 | 22.80 | 22.80 |
| Rabobank, N.A. | 2600-000 | N/A | 26.84 | 26.84 | 26.84 |
| Rabobank, N.A. | 2600-000 | N/A | 26.52 | 26.52 | 26.52 |
| Rabobank, N.A. | 2600-000 | N/A | 27.68 | 27.68 | 27.68 |
| Rabobank, N.A. | 2600-000 | N/A | 31.46 | 31.46 | 31.46 |
| Rabobank, N.A. | 2600-000 | N/A | 26.65 | 26.65 | 26.65 |
| Rabobank, N.A. | 2600-000 | N/A | 31.37 | 31.37 | 31.37 |
| Rabobank, N.A. | 2600-000 | N/A | 29.42 | 29.42 | 29.42 |
| Rabobank, N.A. | 2600-000 | N/A | 26.53 | 26.53 | 26.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,592.19 | $14,592.19 | $14,592.19 |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FERN CREEK ELECTRONICS, INC. | 7100-000 | 3,750.00 | 10,710.00 | 10,710.00 | 150.44 |
| 2 | WASHINGTON INTERNATIONAL | 7100-000 | 13,815.81 | 13,835.88 | 13,835.88 | 194.33 |
| 3 | VARNELL & WARWICK, P.A. | 7100-000 | 235,482.63 | 349,782.63 | 349,782.63 | 4,912.88 |
| 4U | VOICE INTERNATIONAL, INC. | 7100-000 | N/A | 4,230,000.00 | 0.00 | 0.00 |
| 4U-2 | VOICE INTERNATIONAL, INC. | 7100-000 | N/A | 4,230,000.00 | 0.00 | 0.00 |
| 4U-3 | VOICE INTERNATIONAL, INC. | 7100-000 | N/A | 4,230,000.00 | 0.00 | 0.00 |
| 5 | DAVID GROBER | 7100-000 | unknown | 4,050,000.00 | 0.00 | 0.00 |
| 6 | AIRSEALAND PRODUCTIONS | 7100-000 | N/A | 2,672.99 | 2,672.99 | 37.54 |
| 7 | BLUE SKY AERIALS | 7100-000 | unknown | 2,672.99 | 2,672.99 | 37.54 |
| 8 | CINE VIDEO TECH | 7100-000 | unknown | 2,672.99 | 2,672.99 | 37.54 |
| 9 | SPECTRUM EFFECTS ENTERPR. IN | 7100-000 | unknown | 2,672.99 | 2,672.99 | 37.54 |
| 10 | BEE DEE NEON & SIGNS, INC. | 7200-000 | 33,000.00 | 33,000.00 | 33,000.00 | 0.00 |
| 11 | JORDAN N. KLIEN, SR. | 7200-000 | 240,715.84 | 237,636.02 | 237,636.02 | 0.00 |
| NOTFILED | Rosenfeld Law Corporation Mitch Rosenfeld, Esq. | 7100-000 | 14,936.70 | N/A | N/A | 0.00 |
| NOTFILED | SunTrust VISA | 7100-000 | 1,121.23 | N/A | N/A | 0.00 |
| NOTFILED | Oppenheimer CINE Rental, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Janet Varnell Varnell & Warwick, PA | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AirSeaLand Productions c/o Anthony Lenzo | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$582,822.21** | **$17,395,656.49** | **$655,656.49** | **$5,407.81** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:12-06572-JAF  
**Case Name:** MAKO PRODUCTS, INC.  

**Trustee:** (290790) GREGORY L. ATWATER, TRUSTEE  
**Filed (f) or Converted (c):** 10/08/12 (f)  
**§341(a) Meeting Date:** 11/13/12  

**Period Ending:** 08/22/14  
**Claims Bar Date:** 01/22/13  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SUNTRUST BANK CHECKING ACCOUNT. | 500.00 | 0.00 | | 0.00 | FA |
| 2 | 5 VIDEO STABILIZATION DEVICES | 41,166.20 | 20,000.00 | | 20,000.00 | FA |
| 3 | BATTERY POWER SUPPLY | 1,297.50 | 0.00 | | 0.00 | FA |
| 4 | REMORA CAMERA SPLASH HOUSING | 1,230.45 | 0.00 | | 0.00 | FA |
| 5 | TEST STAND | 235.40 | 0.00 | | 0.00 | FA |
| 6 | INTEREST  (u) | Unknown | N/A | | 0.00 | FA |
| 6 | **Assets Totals** (Excluding unknown values) | **$44,429.55** | **$20,000.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE IS INVESTIGATING THE SALE OF ASSETS OF THE COMPANY, INCLUDING CAMERA STABILIZER SYSTEMS.

10-18-2012  APPLICATION TO EMPLOY JACOB BROWN AS ATTORNEY FOR THE ESTATE FILED.

10-24-2012  ATTORNEY FOR THE ESTATE WILL SCHEDULE A RULE 2004 EXAMINATION OF DEBTOR'S CORPORATE REPRESENTATIVE UPON CONCLUSION OF MEETING OF CREDITORS.

11-14-2012  TRUSTEE SENT LETTER TO ATTORNEY JACOB BROWN , FORWARDING TAX DOCUMENTS AND OTHER INFORMATION ON CASE.

3-25-2013  NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE FILED, ASSETS OF THE CORPORATION.

4-15-2013  MOTION TO PREVENT SALE OF EVIDENCE AND FOR A TEMPORARY INJUNCTION FILED BY CREDITOR.

5-8-2013  HEARING HELD ON MOTION TO PREVENT SALE AND TO CONTINUE HEARING.

5-15-2013  ORDER DENYING MOTION TO PREVENT SALE AND TO CONTINUE HEARING AND APPROVING THE TRUSTEE'S SALE ENTERED.  THE PURCHASER SHALL PAY THE $20,000 PURCHASE PRICE IN LUMP SUM TO THE TRUSTEE WITHIN 10 DAYS OF THE SALE ORDER.

11-5-2013  APPLICATION TO EMPLOY STEVEN VANDERWILT AS ACCOUNTANT FOR THE ESTATE FILED.

11-6-2013  ORDER AUTHORIZING EMPLOYMENT OF STEVEN M. VANDERWILT AS ACCOUNTANT FOR THE ESTATE ENTERED.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 3:12-06572-JAF  
**Case Name:** MAKO PRODUCTS, INC.  

**Trustee:** (290790) GREGORY L. ATWATER, TRUSTEE  
**Filed (f) or Converted (c):** 10/08/12 (f)  
**§341(a) Meeting Date:** 11/13/12  

**Period Ending:** 08/22/14  
**Claims Bar Date:** 01/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2013   **Current Projected Date Of Final Report (TFR):** March 11, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 3:12-06572-JAF  
**Case Name:** MAKO PRODUCTS, INC.  
**Taxpayer ID #:** **-***1189  
**Period Ending:** 08/22/14  

**Trustee:** GREGORY L. ATWATER, TRUSTEE (290790)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $1,550,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/13 | {2} | JORDAN KLEIN | | 1129-000 | 17,000.00 | | 17,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,990.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.80 | 16,967.20 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.84 | 16,940.36 |
| 08/13/13 | {2} | JORDAN KLEIN | 5 VIDEO STABILIZATION DEVICES | 1129-000 | 3,000.00 | | 19,940.36 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.52 | 19,913.84 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.68 | 19,886.16 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.46 | 19,854.70 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.65 | 19,828.05 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.37 | 19,796.68 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.42 | 19,767.26 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.53 | 19,740.73 |
| 05/21/14 | 101 | GREGORY L. ATWATER, TRUSTEE | Dividend paid 100.00% on $2,750.00, Trustee Compensation; Reference: TRUSTEE COMPENSATION | 2100-000 | | 2,750.00 | 16,990.73 |
| 05/21/14 | 102 | GREGORY L. ATWATER, TRUSTEE | Dividend paid 100.00% on $68.67, Trustee Expenses; Reference: TRUSTEE EXPENSES | 2200-000 | | 68.67 | 16,922.06 |
| 05/21/14 | 103 | JACOB A. BROWN | Dividend paid 100.00% on $8,750.00, Attorney for Trustee Fees (Other Firm); Reference: ATTORNEY FEES | 3210-000 | | 8,750.00 | 8,172.06 |
| 05/21/14 | 104 | JACOB A. BROWN | Dividend paid 100.00% on $200.00, Attorney for Trustee Expenses (Other Firm); Reference: ATTORNEY EXPENSES | 3220-000 | | 200.00 | 7,972.06 |
| 05/21/14 | 105 | STEVEN M. VANDERWILT | Dividend paid 100.00% on $2,498.50, Accountant for Trustee Fees (Other Firm); Reference: ACCOUNTANT FEES | 3410-000 | | 2,498.50 | 5,473.56 |
| 05/21/14 | 106 | STEVEN M. VANDERWILT | Dividend paid 100.00% on $65.75, Accountant for Trustee Expenses (Other Firm); Reference: ACCOUNTANT EXPENSES | 3420-000 | | 65.75 | 5,407.81 |
| 05/21/14 | 107 | FERN CREEK ELECTRONICS, INC. | Dividend paid 1.40% on $10,710.00; Claim# 1; Filed: $10,710.00; Reference: | 7100-000 | | 150.44 | 5,257.37 |
| 05/21/14 | 108 | WASHINGTON INTERNATIONAL | Dividend paid 1.40% on $13,835.88; Claim# 2; Filed: $13,835.88; Reference: | 7100-000 | | 194.33 | 5,063.04 |
| 05/21/14 | 109 | VARNELL & WARWICK, P.A. | Dividend paid 1.40% on $349,782.63; Claim# 3; Filed: $349,782.63; Reference: | 7100-000 | | 4,912.88 | 150.16 |
| 05/21/14 | 110 | AIRSEALAND PRODUCTIONS | Dividend paid 1.40% on $2,672.99; Claim# 6; Filed: $2,672.99; Reference: | 7100-000 | | 37.54 | 112.62 |
| 05/21/14 | 111 | BLUE SKY AERIALS | Dividend paid 1.40% on $2,672.99; Claim# 7; | 7100-000 | | 37.54 | 75.08 |

Subtotals :   $20,000.00   $19,924.92

{} Asset reference(s)   Printed: 08/22/2014 12:48 PM   V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 3:12-06572-JAF | Trustee: | GREGORY L. ATWATER, TRUSTEE (290790) |
|---|---|---|---|
| Case Name: | MAKO PRODUCTS, INC. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***1189 | Blanket Bond: | $1,550,000.00  (per case limit) |
| Period Ending: | 08/22/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $2,672.99; Reference: | | | | |
| 05/21/14 | 112 | CINE VIDEO TECH | Dividend paid 1.40% on $2,672.99; Claim# 8; Filed: $2,672.99; Reference: | 7100-000 | | 37.54 | 37.54 |
| 05/21/14 | 113 | SPECTRUM EFFECTS ENTERPR. IN | Dividend paid 1.40% on $2,672.99; Claim# 9; Filed: $2,672.99; Reference: | 7100-000 | | 37.54 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,000.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $20,000.00 | $20,000.00 | |

```
Net Receipts :         20,000.00
                       _____
Net Estate :          $20,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3166** | 20,000.00 | 20,000.00 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |